1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California   92660
3  Telephone:  (949) 720-1288
   Facsimile: (949) 720-1292
4

5  Attorneys for Plaintiff, Alton Johnson and M. Darlene Johnson

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____  )    **CASE NO. C06-0139 (CRB)**
    **IN RE: BEXTRA AND CELEBREX**     )
14  **MARKETING SALES PRACTICES AND**  )    **MDL NO. 1699**
    **PRODUCT LIABILITY LITIGATION**   )    **District Judge:  Charles R. Breyer**
15  _____  )
                                     )
16  **ALTON JOHNSON AND M. DARLENE**   )
    **JOHNSON,**                        )
17                                   )    **STIPULATION AND ORDER OF**
                                     )    **DISMISSAL WITH PREJUDICE**
18        **Plaintiffs,**              )
                                     )
19  **vs.**                            )
                                     )
20  **G.D. SEARLE & CO., PHARMACIA**   )
    **CORPORATION; MONSANTO**          )
21  **COMPANY, a Delaware corporation;** )
    **PFIZER, INC., a Delaware corporation;** )
22                                   )
    **PFIZER GLOBAL RESEARCH &**       )
23  **DEVELOPMENT,**                   )
                                     )
24        **Defendants.**              )
                                     )
25  _____  )

26

27        Come now the Plaintiffs, **ALTON JOHNSON and M. DARLENE JOHNSON** and

28  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

                                        -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

1  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

2  each side bearing its own attorneys' fees and costs.

3

4

5  DATED:  September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

6                                  By: _Mark P. Robinson, Jr._____

7                                      MARK P. ROBINSON, JR.
                                       Attorneys for Plaintiffs Alton Johnson and
8                                      M. Darlene Johnson

9

10  DATED:  ___Oct. 22___, 2009       DLA PIPER LLP (US)

11
                                    By: ____/s/_____
12                                       Matt Holian
                                         Attorneys for Defendants
13

14

15
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
16  **IT IS SO ORDERED.**

17

18  Dated: **OCT 2 8 2009**

                                    _____
19                                  Hon. Charles R. Breyer
                                    United States District Court
20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1